

# NUMBER 13-24-00573-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KRISTEN RICHTER AND JUSTIN HERRICKS

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Justice Benavides[1]**

By petition for writ of mandamus filed on November 21, 2024, relators Kristen Richter and Justin Herricks contend that the trial court abused its discretion by allowing their presuit depositions under Texas Rule of Civil Procedure 202. *See* TEX. R. CIV. P. 202. Relators have also filed an emergency motion for temporary relief seeking to stay

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

the trial court's October 7, 2024 order authorizing those depositions. *See* TEX. R. APP. P. 52.10.

Mandamus is an extraordinary and discretionary remedy. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy by appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). "An improper order under Rule 202 may be set aside by mandamus." *In re Wolfe*, 341 S.W.3d 932, 933 (Tex. 2011) (orig. proceeding) (per curiam); *see In re Jorden*, 249 S.W.3d 416, 420 (Tex. 2008) (orig. proceeding); *In re City of Tatum*, 567 S.W.3d 800, 804 (Tex. App.—Tyler 2018, orig. proceeding); *In re East*, 476 S.W.3d 61, 64 (Tex. App.—Corpus Christi–Edinburg 2014, orig. proceeding).

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that relators have not met their burden to obtain mandamus relief. Accordingly, we deny the petition for writ of mandamus and the emergency motion for temporary relief.

GINA M. BENAVIDES
Justice

Delivered and filed on the
22nd day of November, 2024.

2